EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| | 2026 TSPR 75 |
| Aprobación de Cambio de Estatus Inactivo de junio de 2026 | 218 DPR ___ |

Número del Caso:  EM-2026-0009

Fecha:  9 de julio de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de junio de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de junio de 2026

EM-2026-0009

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de julio de 2026.

Durante el periodo de junio de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Sylvia E. Cancio González | 4,723 |
| Julio M. López Keelan | 4,997 |
| Manuel D. Herrero García | 6,890 |
| Yvonne Aguilú Rodríguez | 7,468 |
| Carmen Teresa Lugo Somolinos | 9,330 |
| Luis Jesús Marín Rodríguez | 15,040 |
| Mariela I. Huertas Rivera | 15,705 |
| Damaris Prado Galarza | 18,671 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo